AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Trustees of the National Elevator Industry
Pension Fund

V. D.C.

Dallas Caviness; ▓▓▓▓▓▓▓ c/o Rhonda
Caviness; and Robert W. Caviness

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08cv162-MEF

TO: (Name and address of Defendant)
Robert Caviness
c/o Terrie Biggs, Esq.
Capell & Howard, P.C.
150 South Perry Street
PO Box 2069
Montgomery, Alabama 36102-2069

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George N. Davies, Esq.
Nakamura, Quinn, Walls, Weaver & Davies LLP
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                             3/11/08

CLERK                                                         DATE

_/s/ V. Austin_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Trustees of the National Elevator Industry
Pension Fund

V. p.c.

Dallas Caviness; ▮▮▮▮▮, c/o Rhonda
Caviness; and Robert W. Caviness

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08cv162-MEF

TO: (Name and address of Defendant)
Robert W. Caviness
c/o Thomas Claunch, Esq.
Harding & Claunch
2800 Zelda Road, Suite 100-9
Montgomery, Alabama 36106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George N. Davies, Esq.
Nakamura, Quinn, Walls, Weaver & Davies LLP
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    3/11/08
CLERK                                                DATE

/s/ V. Austin
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Trustees of the National Elevator Industry
Pension Fund

**SUMMONS IN A CIVIL ACTION**

V. D.C.
Dallas Caviness; ██████ c/o Rhonda
Caviness; and Robert W. Caviness

CASE NUMBER: 2:08cv162 -MEF

TO: (Name and address of Defendant)
Dallas C. Caviness And D.C.
c/o John W. Dodson, Esq.
Ferguson, Frost & Dodson, LLP
2500 Acton Rd., Suite 200
PO Box 430189
Birmingham, Alabama 35243

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George N. Davies, Esq.
Nakamura, Quinn, Walls, Weaver & Davies LLP
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

/s/ Austin
(By) DEPUTY CLERK

DATE 3/11/08

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Trustees of the National Elevator Industry
Pension Fund

V. D,C.,

Dallas Caviness; ▬▬▬ c/o Rhonda
Caviness; and Robert W. Caviness

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08cv162 - MEF

TO: (Name and address of Defendant)

Secretary of the Treasury
15th and Pennsylvania Avenue NW
Washington, DC 20220
ATTN: Employee Plans Internal Revenue Service

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George N. Davies, Esq.
Nakamura, Quinn, Walls, Weaver & Davies, LLP
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    3/11/08
CLERK                                               DATE

/s/ V. Austin
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Trustees of the National Elevator Industry
Pension Fund

V.

Dallas Caviness; ~~[redacted]~~ c/o Rhonda
Caviness; and Robert W. Caviness

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08cv162-MEF

TO: (Name and address of Defendant)

Secretary of Labor
200 Constitution Avenue NW
Washington, DC 20002
ATTN: Assistant Solicitor for Plan Benefits Security

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George N. Davies, Esq.
Nakamura, Quinn, Walls, Weaver & Davies, LLP
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    3/11/08
CLERK                               DATE

/s/ V. Austin
(By) DEPUTY CLERK