IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NATIONAL, ELEVATOR INDUSTRY PENSION FUND, </br></br>Plaintiff,</br></br>v.</br></br>DALLAS C. CAVINESS, *et al.*,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>) CASE NO. 2:08-cv-162-MEF</br>)</br>)</br>)</br>) |

## **O R D E R**

Upon consideration of the Motion to Approve Deposit of Pension Benefit Proceeds (Doc. #2) filed on March 7, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 12th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE