| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) JOHN H. ELLIS   Date of Delivery MAR 12 2008 |
| 1. Article Addressed to:<br>_Dallas C. Caviness + etc_<br>John W. Dodson, Esq.<br>Ferguson, Frost & Dodson, LLP<br>2500 Action Rd., Suite 200<br>PO Box 430189<br>Birmingham, Alabama 35243 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br>_08cv162_<br>_S+C + motion_<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0004 9763 0868 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540