**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND,** | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 2:08-CV-00162-MEF |
| **DALLAS CAVINESS; D. C.,** c/o Rhonda Caviness; and **ROBERT W. CAVINESS,** | ) ) ) ) ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW the Trustees of the National Elevator Industry Pension Fund, the Plaintiff in the above-captioned matter and, in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to report.

Respectfully submitted,

s/ George N. Davies
George N. Davies

**NAKAMURA, QUINN, WALLS, WEAVER & DAVIES LLP**
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, Alabama 35209-6701
Telephone 205-870-9989
Facsimile 205-803-4143
March 21, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John W. Dodson, Esq.
Ferguson, Frost & Dodson, LLP
2500 Action Rd., Suite 200
PO Box 430189
Birmingham, Alabama 35243

Thomas Claunch, Esq.
Harding & Claunch
2800 Zelda Road, Suite 100-9
Montgomery, Alabama 36106

                                        s/ George N. Davies
                                        George N. Davies