| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _M. Middleton_   ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>MAR 19 2008 |
| 1. Article Addressed to:<br><br>Secretary of the Treasury<br>15th. and Pennsylvania Ave., N.W.<br>Washington, DC  20220<br>ATTN: Employee Plans<br>Internal Revenue Service | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>08CV162<br>S+C+motion<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered        ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7004 1160 0004 9763 0875 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |