IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NATIONAL, ELEVATOR INDUSTRY PENSION FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:08-cv-162-MEF ) |
| DALLAS C. CAVINESS, *et al.*, | ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Approve Deposit of Pension Benefit Proceeds (Doc. #4) filed on March 12, 2008, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 31st day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE