**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **TRUSTEES OF THE NATIONAL** | ) | |
| **ELEVATOR INDUSTRY PENSION** | ) | |
| **FUND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.: 2:08-CV-162-MEF** |
| **v.** | ) | |
| | ) | |
| **ROBERT W. CAVINESS, et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**AMENDED NOTICE OF APPEARANCE**</u>

COMES NOW, Terrie Scott Biggs of the law firm of Capell & Howard, P.C., and files

this Notice of Appearance as additional counsel on behalf of Defendant, Robert W. Caviness.

<u>/s/ Terrie S. Biggs</u>
**TERRIE S. BIGGS (BIG006)**
**THOMAS W. CLAUNCH (CLA086)**
Attorneys for Defendant,
Robert W. Caviness

**Terrie S. Biggs**
**CAPELL & HOWARD, P.C.**
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 241-8291
tsb@chlaw.com

**Thomas H. Claunch, III, Esq.**
**HARDING & CLAUNCH, LLC**
2800 Zelda Road, Suite 100-9
Montgomery, AL  36106
Telephone: (334) 356-6070
Facsimile: (334) 356-6040
tclaunch@knology.net

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 1, 2008, I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the following:

George N. Davies
Nakamura, Quinn, Walls, Weaver & Davies
2204 Lakeshore Drive
Lakeshore Park Plaza, Suite 130
Birmingham, AL  35209
davies@nqwlaw.com

and I have served a copy by U.S. Mail, properly addressed and postage prepaid on the following:

John W. Dodson
Ferguson Frost & Dodson, LLP
P.O. Box 430189
Birmingham, Alabama  35243-0819

/s/Terrie S. Biggs_____
**OF COUNSEL**