**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.: 2:08-CV-162-MEF ) ) |
| **ROBERT W. CAVINESS, et al.** | ) ) |
| Defendant. | ) |

## **ANSWER**

COMES NOW, Defendant, Robert W. Caviness, by and through undersigned counsel, and responds to Plaintiffs' Original Complaint in Interpleader as follows:

1. Defendant, Robert W. Caviness, admits the allegations contained in paragraphs 1-3 of the complaint.

2. Defendant, Robert W. Caviness, is without sufficient knowledge to admit or deny the allegations contained in paragraphs 4 and 5 of the complaint and, therefore, denies those averments and demands strict proof thereof.

3. Defendant, Robert W. Caviness, admits the allegations contained in paragraphs 6-10 of the complaint.

4. Defendant, Robert W. Caviness, is without sufficient knowledge to admit or deny the allegations contained in paragraphs 11-14 of the complaint and, therefore, denies those averments and demands strict proof thereof.

5. Defendant, Robert W. Caviness admits the allegations contained in paragraph 15 of the complaint.

6. Defendant, Robert W. Caviness, is without sufficient knowledge to admit or deny that Rhonda Caviness requested the pension benefit payable by the Fund be paid to the two children of the participant and his ex-spouse, D.C. and Dallas Caviness and, therefore, denies those averments and demands strict proof thereof. Defendant, Robert W. Caviness, admits that portion of paragraph 16 alleging that he requested payments of the pension benefits.

7. Defendant, Robert W. Caviness, is without sufficient knowledge to admit or deny the allegations contained in paragraph 17-20 of the complaint and, therefore, denies those averments and demands strict proof thereof.

8. Paragraph 21 is conclusory and, therefore, Defendant, Robert W. Caviness, has no basis to admit or deny the same.

Respectfully submitted this the 1st day of April, 2008.

/s/ Terrie S. Biggs
**TERRIE S. BIGGS (BIG006)**
**THOMAS W. CLAUNCH (CLA086)**
Attorneys for Defendant,
Robert W. Caviness

**Terrie S. Biggs**
**CAPELL & HOWARD, P.C.**
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 241-8291
tsb@chlaw.com

**Thomas H. Claunch, III, Esq.**
**HARDING & CLAUNCH, LLC**
2800 Zelda Road, Suite 100-9
Montgomery, AL  36106
Telephone: (334) 356-6070
Facsimile: (334) 356-6040
tclaunch@knology.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2008, I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the following:

George N. Davies
Nakamura, Quinn, Walls, Weaver & Davies
2204 Lakeshore Drive
Lakeshore Park Plaza, Suite 130
Birmingham, AL  35209
davies@nqwlaw.com

and I have served a copy by U.S. Mail, properly addressed and postage prepaid on the following:

John W. Dodson
Ferguson Frost & Dodson, LLP
P.O. Box 430189
Birmingham, Alabama  35243-0819


      /s/Terrie S. Biggs_____
      **OF COUNSEL**