IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | CASE NO.: 2:08-CV-162-MEF ) ) |
| ROBERT W. CAVINESS, et al. | ) ) |
| Defendant. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Defendant, Robert W. Caviness, by and through undersigned counsel, and in accordance with the Order of this court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]  This party is an individual, or

[ ]  This party is a government entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the parties are hereby reported:

| Reportable Entities | Relationship to Parties |
|---|---|
| None | Defendant, Rhonda Caviness Pierce, is former sister-in-law to Defendant, Robert W. Caviness; Defendant, Dallas Caviness is nephew to Defendant, Robert W. Caviness |

Respectfully submitted this the 1st day of April, 2008.

/s/ Terrie S. Biggs
**TERRIE S. BIGGS (BIG006)**
**THOMAS W. CLAUNCH (CLA086)**
Attorneys for Defendant,
Robert W. Caviness

**Terrie S. Biggs**
**CAPELL & HOWARD, P.C.**
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 241-8291
tsb@chlaw.com

**Thomas H. Claunch, III, Esq.**
**HARDING & CLAUNCH, LLC**
2800 Zelda Road, Suite 100-9
Montgomery, AL  36106
Telephone: (334) 356-6070
Facsimile: (334) 356-6040
tclaunch@knology.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2008, I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the following:

George N. Davies
Nakamura, Quinn, Walls, Weaver & Davies
2204 Lakeshore Drive
Lakeshore Park Plaza, Suite 130
Birmingham, AL  35209
davies@nqwlaw.com

and I have served a copy by U.S. Mail, properly addressed and postage prepaid on the following:

John W. Dodson
Ferguson Frost & Dodson, LLP
P.O. Box 430189
Birmingham, Alabama  35243-0819

/s/Terrie S. Biggs
**OF COUNSEL**