**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 10, 2008

# NOTICE OF CORRECTION

**From:**              **Clerk's Office**

**Case Style:**        **Trustees of the National Elevator Industry Pension Fund v. Dallas C. Caviness, et al.**

**Case Number:**       **#2:08-cv-00162-MEF**

**Referenced Document:** **Document #17**
                          **Answer**

**This Notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf contained the name of the minor. The name of the minor has been redacted. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:08-cv-162-MEF |
| DALLAS CAVINESS, D.C. c/o RHONDA CAVINESS, AND ROBERT W. CAVINESS, | ) ) ) ) | |
| Defendants. | ) | |

**ANSWER**

Come now, the Defendants, Dallas C. Caviness and Rhonda Caviness Pierce (in her capacity as guardian for D.C., a minor) and answer Plaintiff's complaint as follows:

**Parties**

1. Defendants are without knowledge sufficient to form a belief as to the truth of the averments contained in this paragraph and, therefore, deny the same.

2. Defendants are without knowledge sufficient to form a belief as to the truth of the averments contained in this paragraph and, therefore, deny the same.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

{W0201305.1}

7. Admit.

8. Defendants are without knowledge sufficient to form a belief as to the truth of the averments contained in this paragraph and, therefore, deny the same.

9. Admit.

10. Admit.

11. Defendants are without knowledge sufficient to form a belief as to the truth of the averments contained in this paragraph and, therefore, deny the same.

12. Defendants are without knowledge sufficient to form a belief as to the truth of the averments contained in this paragraph and, therefore, deny the same.

13. Defendants are without knowledge sufficient to form a belief as to the truth of the averments contained in this paragraph and, therefore, deny the same.

14. Defendants are without knowledge sufficient to form a belief as to the truth of the averments contained in this paragraph and, therefore, deny the same.

15. Defendants are without knowledge sufficient to form a belief as to the truth of the averments contained in this paragraph and, therefore, deny the same.

16. Defendants admit the first sentence of paragraph 16. Defendants are without knowledge sufficient to form a belief as to the truth of the averments contained in the second sentence of paragraph 16 and, therefore, deny the same.

17. Admit.

18. Defendants are without knowledge sufficient to form a belief as to the truth of the averments contained in this paragraph and, therefore, deny the same.

19. Defendants are without knowledge sufficient to form a belief as to the truth of the averments contained in this paragraph and, therefore, deny the same.

20. Defendants are without knowledge sufficient to form a belief as to the truth of the averments contained in this paragraph and, therefore, deny the same.

21. Defendants are without knowledge sufficient to form a belief as to the truth of the averments contained in this paragraph and, therefore, deny the same.

## DEFENDANTS' INTERPLEADER CLAIM FOR RELIEF

In addition to their response to Plaintiff's complaint in Interpleader, Defendants, Dallas Caviness and Rhonda Caviness, in her capacity as guardian for D.C., also assert the following claim to the pension benefit proceeds to be deposited with this Court. Defendants allege that as the only children of decedent, George W. Caviness, Jr., that they are the proper parties to receive the pension

benefit proceeds. Defendants plead this Honorable Court to award their claim to the pension benefit proceeds along with an award of reasonable attorney's fees in this matter.

>Respectfully Submitted,
>
>/s/ John W. Dodson
>John W. Dodson (DOD012)
>J. Christopher Miller  (MIL109)
>*Attorneys for Defendants, Dallas Caviness and Rhonda Caviness Pierce*

Of Counsel:
**FERGUSON, FROST & DODSON, LLP**
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 9th day of April, 2008, served a copy of the foregoing pleading electronically via CM/ECF system and U.S. Mail:

George W. Walker, III, Esq.
COPELAND, FRANCO, SCREWS, & GILL
Post Office Box 347
Montgomery, Alabama 36101-0347
Tel: (334) 834-1180
Email: walker@copelandfranco.com

Robert W. Caviness
Rt.1, Box 132J
Alexander City, Alabama 35010

>/s/ John W. Dodson
>OF COUNSEL