IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TRUSTEES OF THE NATIONAL,    )
ELEVATOR INDUSTRY PENSION    )
FUND,    )
    )
     Plaintiff,    )
v.    )   CASE NO. 2:08-cv-162-MEF
    )
DALLAS C. CAVINESS, *et al.*,    )
    )
     Defendants.    )

# RULE 26(f) ORDER

The parties are hereby reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan. The Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than May 12, 2008.

The longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in the plan, specific case related reasons for the requested variance.

This case will be set for trial before the undersigned judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section.

This court may or may not hold a scheduling conference before issuing a scheduling

order.  If the court holds a scheduling conference, counsel may participate in the scheduling

conference by conference call.

The scheduling order entered by the court will follow the form of the Uniform

Scheduling Order adopted by the judges of this court.  The Uniform Scheduling Order is also

available on the court's website.

The report of the parties should comply with Form 52 of the Appendix of Forms to

the Federal Rules of Civil Procedure.

DONE this 10th day of April, 2008.


_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE