IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:08-cv-162-MEF |
| DALLAS CAVINESS, D.C. c/o RHONDA CAVINESS, AND ROBERT W. CAVINESS, | ) ) ) ) | |
| Defendants. | ) | |

## **CONFLICT DISCLOSURE STATEMENT**

Come now Dallas C. Caviness and Rhonda Caviness Pierce (in her capacity as guardian for D. C., a minor), Defendants in the above referenced matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    [X]    These parties are individuals, or

    [ ]    This party is a governmental entity, or

    [ ]    There are no entities to be reported, or

    [ ]    The following entities and their relationship to the parties are hereby reported:

| Reportable Entities | Relationship to Parties |
|---|---|
| None | N/A |

{W0201885.1 }

        Respectfully Submitted,

        /s/ John W. Dodson
        John W. Dodson (ASB-9724-D65J)
        *Attorney for Defendants, Dallas Caviness*
        *and Rhonda Caviness Pierce*

Of Counsel:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Post Office Box 430189
Birmingham, Alabama  35243
(205) 879-8722 – telephone
(205) 879-8831 - telecopier

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 14th day of May, 2008, served a copy of the foregoing pleading electronically via CM/ECF system and U.S. Mail:

George W. Walker, III, Esq.
COPELAND, FRANCO, SCREWS, & GILL
Post Office Box 347
Montgomery, Alabama 36101-0347
Tel: (334) 834-1180
Email: walker@copelandfranco.com

Robert W. Caviness
Rt.1, Box 132J
Alexander City, Alabama 35010

        /s/ John W. Dodson
        OF COUNSEL