# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:08-cv-162-MEF |
| DALLAS CAVINESS, D.C. c/o RHONDA CAVINESS, AND ROBERT W. CAVINESS, | ) ) ) ) ) | |
| Defendants. | ) | |

## CONSENT MOTION FOR EXTENSION OF TIME

COME NOW the defendants, Dallas Caviness and D.C. c/o Rhonda Caviness, and hereby respectfully request this Honorable Court for an extension of fourteen days to file dispositive motions in this matter and as grounds therefore show as follows:

1. The parties are discussing a resolution to this case without further litigation and an extension of time will further those discussions.

2. A fourteen day extension will not prejudice the substantive rights or interests of any litigant, nor will it cause any delay in the adjudication of this matter.

3. This motion is made in good faith and, if granted, could save both parties needless costs, time and expense.

4. This motion is made with the consent of opposing counsel.

{W0208423.1 }

Respectfully Submitted,

/s/ John W. Dodson
John W. Dodson (ASB-9724-D65J)
Attorney for Defendants, Dallas Caviness
and Rhonda Caviness Pierce

Of Counsel:
**Ferguson, Frost & Dodson, LLP**
2500 Acton Road, Suite 200
Post Office Box 430189
Birmingham, Alabama  35243
(205) 879-8722 – telephone
(205) 879-8831 - telecopier

## CERTIFICATE OF SERVICE

This is to certify that on this the 8th day of July 2008, a copy of the forgoing document has been electronically filed and served upon counsel for all parties to this proceeding via e-file:

Terrie S. Biggs
Capell & Howard, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, AL 36102

Thomas H. Claunch, III, Esq.
Harding & Claunch, LLC
2800 Zelda Road, Suite 100-9
Montgomery, AL 36106

George N. Davies
Nakamura, Quinn, Walls, Weaver & Davies
2204 Lakeshore Drive Lakeshore Park Plaza, Suite 130
Birmingham, AL 35209

/s/ John W. Dodson
OF COUNSEL

{W0208423.1 }