IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NATIONAL, ELEVATOR INDUSTRY PENSION FUND, <br><br> PLAINTIFF, <br><br> v. <br><br> DALLAS CAVINESS, D.C. c/o RHONDA CAVINESS, *et al.*, <br><br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:08-cv-162-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

This Cause is before the Court on the parties' Consent Motion for Extension of Time (Doc. # 26). After careful review of the Plaintiff's submissions to this Court, it is hereby ORDERED that The parties' Consent Motion for Extension of Time (Doc. # 26) is GRANTED. The new deadline for dispositive motions, i.e., motions to dismiss or motions for summary judgment, shall be filed no later than **July 25, 2008.**

DONE this the 10th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE