IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> DALLAS CAVINESS, D.C. c/o RHONDA CAVINESS, AND ROBERT W. CAVINESS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. <br><br> 2:08-cv-162-MEF |

## **DEFENDANTS', DALLAS CAVINESS AND D.C. c/o RHONDA CAVINESS, REQUEST FOR ADMISSIONS TO TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND**

COMES NOW, the defendants, Dallas Caviness and D.C. c/o Rhoda Caviness, and submits the following request for admissions to be answered by the plaintiff, Trustees of the National Elevator Industry Pension Fund:

1. Admit that the Enrollment and Information Changes form, attached hereto as **Exhibit A**, is not the beneficiary designation form prescribed by the Trustees pursuant to section 6.04 of the National Elevator Industry Pension Plan, as amended in March 1998.

2. Admit that the National Elevator Industry Pension Plan Designation Form for Pre-Retirement Death-In-Service Benefit for Designated Beneficiary of an Unmarried Active Member, attached hereto as **Exhibit B**, is the only beneficiary designation form prescribed by the Trustees pursuant to section 6.04 of the National Elevator Industry Pension Plan, as amended in March 1998.

3.  Admit that **Exhibit B**, attached hereto, is a true and correct copy of the National Elevator Industry Pension Plan Designation Form for Pre-Retirement Death-In-Service Benefit for Designated Beneficiary of an Unmarried Active Member.

4.  Admit that at the time of his death on January 25, 2007, George W. Caviness, Jr. did not have a designated beneficiary form on file with the NEI Pension Fund.

Respectfully submitted,

/s/ John W. Dodson
John W. Dodson (ASB-9724-D65J)
Attorney for Rhonda Caviness Pierce and D. C.

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243-0189
205-879-8722 - phone
205-879-8831 - fax

## CERTIFICATE OF SERVICE

This is to certify that on this the 15th day of August 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

George Davies
NAKAMURA, QUINN, WALLS, WEAVER & DAVIES, LLP
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, Alabama 35209
Tel: (205) 870-9989
Email:

Terrie. S. Biggs, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
Tel: (334) 241-8000
tsb@chlaw.com

Thomas H. Claunch, III, Esq.
HARDING & CLAUNCH, LLC
2800 Zelda Road, Suite 100-9
Montgomery Alabama, 36106
Tel: (334) 356-6070
tclaunch@knology.net

                                        /s/ John W. Dodson
                                        OF COUNSEL


EXHIBIT A

## ENROLLMENT AND INFORMATION CHANGES
## NATIONAL ELEVATOR INDUSTRY BENEFIT PLANS
*(Not to be used for Elevator Constructors Annuity and 401(k) Plan)*

(Please type or print in ink-Complete entire form)
**PLEASE READ REVERSE SIDE**

[ ] Helper - New to Trade
[ ] Active Employee     [ ] Retired
[ ] Address Change - <u>This does not require Notarization</u>
[ ] Dependent Add or Change - Provide required documentation (SEE REVERSE SIDE)
[ ] Beneficiary Add or Change

Employee Name _____     Soc.Sec.No. ____-____-____
Address _____
City _____ State _____ Zip Code _____ Home Telephone No. (___)_____
Birth Date _____ Marital Status _____ Hire Date _____ Union Local No. _____

Failure to list eligible dependents and to supply required documentation may result in a denied Health Plan claim. False information may result in loss of eligibility and/or prosecution. (Spouses, children under age 19, full-time students under age 25, handicapped or disabled children are eligible dependents.)

### Eligible Dependents

| Last Name | First | Initial | Soc. Sec. No. | M / F | Date of Birth Month/Day/Year | Relationship |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### Beneficiary Information

Name _____     Soc. Sec. No. _____
Address _____     Date of Birth _____
City _____ State _____     Zip _____
Relation to Employee _____ Share ____%     Home Phone No. (___)_____

### Beneficiary Information

Name _____     Soc. Sec. No. _____
Address _____     Date of Birth _____
City _____ State _____     Zip _____
Relation to Employee _____ Share ____%     Home Phone No. (___)_____

(FOR ADDITIONAL AND/OR CONTINGENT BENEFICIARIES USE SEPARATE SHEET)

I hereby designate the above to be beneficiary or beneficiaries of any benefits due from the National Elevator Industry Pension and Health Benefit Plans, including life insurance. This designation revokes any prior designation inconsistent herewith. I reserve the right to change a beneficiary designation at my discretion and understand that any change is not effective unless this form is properly completed and received by the Benefits Office. If more than one beneficiary is named, payment shall be made to each in equal shares unless otherwise indicated in Share %'s. The total of all Share %'s must equal 100.

_____          _____
Signature of Employee                                Date

Sworn to or affirmed and subscribed before me, a Notary Public, this _____ day of _____,20____

_____
Notary Public

Complete and Return Immediately to the National Elevator Industry Benefits Office at:
19 Campus Blvd. Suite 200
Newtown Square, PA 19073-3288


EXHIBIT B

## NATIONAL ELEVATOR INDUSTRY PENSION PLAN
## DESIGNATION FORM FOR PRE-RETIREMENT DEATH-IN-SERVICE BENEFIT
## FOR DESIGNATED BENEFICIARY OF AN UNMARRIED ACTIVE MEMBER
(Only to be used for unmarried active participants in electing a beneficiary for pre-retirement benefit)

(Please type or print in ink – Complete entire form)

Employee Name _____ Soc. Sec. No. ___ - ___ - ___

Address _____ Home Telephone No. _____

City _____ State _____ Zip Code _____

Birth Date _____ Hire Date _____ Union Local No. _____

## BENEFICIARY INFORMATION

**PRIMARY BENEFICIARY (One Person only - may not be an Estate or a Trust)**

Name _____ Soc. Sec. No. ___ - ___ - ___

Address _____ Date of Birth _____

City _____ State _____ Zip Code _____

Relation to Employee _____ Home Telephone No. _____

**ALTERNATE BENEFICIARY (One Person only – In the event the Primary Beneficiary Predeceases the Employee)**

Name _____ Soc. Sec. No. ___ - ___ - ___

Address _____ Date of Birth _____

City _____ State _____ Zip Code _____

Relation to Employee _____ Home Telephone No. _____

I swear or affirm that I am unmarried and hereby designate the above to be beneficiary of the pre-retirement benefit due from the National Elevator Industry Pension Plan. This designation revokes any prior designation inconsistent herewith. I understand that this designation is not effective unless this form is properly completed and received by the NEI Benefits Office. I reserve the right to change the beneficiary at my discretion and understand that any change is not effective unless this form is properly completed and received by the NEI Benefits Office. **I understand that only one person can be named to receive this benefit, that I cannot name an Estate or Trust to receive this benefit and that this form becomes invalid if I subsequently marry.**

_____     _____
Signature of Employee                Date

Sworn to or affirmed and subscribed before me, a Notary Public, this _____ day of _____, 20___

_____
Notary Public

Complete and Return Immediately to the National Elevator Industry Benefits Office at:
19 Campus Blvd., Suite 200
Newtown Square, PA 19073-3288