IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NATIONAL, ELEVATOR INDUSTRY PENSION FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:08-cv-162-MEF ) |
| DALLAS C. CAVINESS, *et al.*, | ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Strike Evidence (Doc. #39 filed on August 19, 2008, it is hereby

ORDERED that the plaintiff show cause in writing on or before September 3, 2008 as to why the motion should not be granted.

DONE this the 21st day of August, 2008.

                                         /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE