IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE NATIONAL, ELEVATOR INDUSTRY PENSION FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:08-cv-162-MEF ) |
| DALLAS C. CAVINESS, *et al.*, | ) ) |
| Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that the Court's order dated August 21, 2008 (Doc. #41) is VACATED.

It is further ORDERED that any party wishing to do so may file a response on or before September 3, 2008 to the Defendant's Motion to Strike Evidence Submitted by Defendant Robert Caviness in Response to Motion for Summary Judgment (Doc. #39) filed on August 19, 2008.

DONE this the 21st day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE