IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:08-cv-162-MEF |
| DALLAS CAVINESS, D.C. c/o RHONDA CAVINESS, AND ROBERT W. CAVINESS, | ) ) ) ) ) | |
| Defendants. | ) | |

### Notice Concerning Settlement Conference and Mediation

On July 9, 2008, counsel for Dallas Caviness and Rhonda Caviness Pierce, in her capacity as guardian of D.C., a minor, (hereinafter "Caviness Defendants") and counsel for Robert Caviness, through a lengthy conference call, conducted good faith settlement negotiations. The Caviness Defendants and Robert Caviness were unable to reach a settlement agreement on that date. The Caviness Defendants do not believe that further negotiations would result in settlement and do not believe mediation would assist in the resolution of this matter prior to trial.

Respectfully Submitted,

/s/ John W. Dodson
John W. Dodson (ASB-9724-D65J)
*Attorney for Defendants, Rhonda Caviness Pierce and Dallas Caviness*

{W0211777.1}

1

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama  35243-0189
205-879-8722 - phone
205-879-8831 - fax

## CERTIFICATE OF SERVICE

This is to certify that on this the 4th day of September 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

George Davies, Esq.
NAKAMURA, QUINN, WALLS, WEAVER & DAVIES, LLP
Lakeshore Park Plaza, Suite 130
2204 Lakeshore Drive
Birmingham, Alabama 35209

Terrie. S. Biggs, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069

Thomas H. Claunch, III, Esq.
HARDING & CLAUNCH, LLC
2800 Zelda Road, Suite 100-9
Montgomery Alabama, 36106

/s/ John W. Dodson
OF COUNSEL